UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CSX Transportation, Inc. | Case No.: 2:06-cv-13531 |
| Plaintiff, | Judge Paul D. Borman<br>Magistrate Judge Wallace Capel |
| v. | |
| International Transmission Company, | |
| Defendant. | |

## ORDER

This matter comes on before the Court regarding the Stipulation to File Second Amended Complaint filed by the parties. After careful consideration and for good cause the Court hereby grants the Stipulation to File Second Amended Complaint allowing Plaintiff CSX Transportation, Inc. to file a Second Amended Complaint.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 10, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 10, 2007.

                                                s/Denise Goodine
                                                Case Manager